IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON JONES,

        Plaintiff,                    No. CIV S-08-3055 LKK KJM PS

   vs.

WALT KARPINSKI, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is proceeding in this action pro se. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        Although the complaint is not a model of clarity, it appears that plaintiff is trying to state a claim arising out of his conviction for murder. Named as a defendant is a district attorney located in Los Angeles, which is in the Central District of California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Central District

1

1  of California. In the interest of justice, a federal court may transfer a complaint filed in the
2  wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d
3  918, 932 (D.C. Cir. 1974).
4        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
5  United States District Court for the Central District of California.
6  DATED: December 22, 2008.

_____
U.S. MAGISTRATE JUDGE

7
8  006
   jones.tra
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26